**ALEXSAM, INC., Plaintiff–Appellant,**

v.

**PIER 1 IMPORTS, INC., Defendant–Cross–Appellant**

and

**Metromedia Steakhouses Company, LP, Defendant–Appellee.**

Nos. 2013–1003, 2013–1026.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2013.

Timothy P. Maloney, Fitch Even Tabin & Flannery, LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Alison Aubry Richards and Nicole L. Little. Of counsel on the brief was Steven C. Schroer, of Boulder, CO.

Alan M. Fisch, Fisch Hoffman Sigler, LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Jason F. Hoffman, R. William Sigler and Thomas C. Chen. Of counsel was Bruce Sostek, Thompson & Knight, of Dallas, TX.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**